**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JUAN MARTINEZ PEDRAZA,<br>Petitioner,<br>v.<br>V. ARAIZA-RAMIREZ, WARDEN,<br>Respondent. | Case No. CV 25-4726-MCS(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DISMISSED.

DATED: October 30, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE